# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1790736674 | | I130 - PETITION FOR ALIEN RELATIVE | |
| **Received Date** 09/27/2017 | **Priority Date** 09/27/2017 | **Petitioner** YANEZ, SANDRA MARIBEL | |
| **Notice Date** 06/01/2018 | **Page** 1 of 1 | **Beneficiary** A205 516 379 YANEZ MATUTE, DENIS JOSUE | |

SANDRA MARIBEL YANEZ
c/o SANDRA MARIBEL YANEZ
171 MARGUERITE AVE
ELMONT  NY  11003

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the beneficiary is in the United States and wishes to apply for adjustment of status to that of a lawful permanent resident. A visa is not yet available for the beneficiary. Once a visa becomes available, the beneficiary can apply for adjustment of status. The priority date is the date the petition was physically received by USCIS and is shown above.

When the beneficiary becomes eligible to adjust status based on the priority date of this petition, he or she may submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. He or she can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS National Customer Service Center (NCSC) at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov. Additional information about eligibility for adjustment of status (including priority dates) can be obtained from the USCIS NCSC or by accessing the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa outside the United States based on this petition once the priority date is current and the visa is available, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the U.S. Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

**Customer Service Telephone:** 800-375-5283

