

RECEIVED

2024 APR 11 AM 9: 17

DHS/ICE
PLA NEW YORK CITY

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - FEDERAL PLAZA IMMIGRATION COURT**

Respondent Name:

    YANEZ-MATUTE, DENIS JOSUE

To:

    Bembi, Bruno Joseph
    P.O. Bo 5248
    Hempstead, NY 11551

A-Number:
205516379
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/05/2024

## ORDER ON MOTION TO DISMISS

☐ The Respondent ☐ the Department of Homeland Security ☑ the parties jointly has/have filed a motion to dismiss these proceedings under 8 CFR 1239.2(c). The moving party has given notice of the motion to the non-moving party and the court has provided the non-moving party with an opportunity to respond. The motion is ☐ opposed ☑ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to dismiss is:

☑ Granted without prejudice
☐ Denied

Further explanation:

The parties filed a written joint motion to dismiss without prejudice on 4/3/2024. The Court hereby grants said motion.

The individual hearing set for 4/8/2024 at 1:00pm is cancelled.

IT IS SO ORDERED.

Immigration Judge: REINGOLD, JONATHAN 04/05/2024

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [ M ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ M ] Noncitizen's atty/rep. | [ M ] DHS

Respondent Name : YANEZ-MATUTE, DENIS JOSUE | A-Number : 205516379

Riders:

Date: 04/08/2024 By: Johnson, William, Court Staff