DEPARTMENT OF HOMELAND SECURITY
# NOTICE OF CUSTODY DETERMINATION

Alien's Name: YANEZ-MATUTE, DENIS JOSUE        A-File Number: 205 516 379

Date: 06/17/2026

Event ID: CIP2606000204        Subject ID: 402678107

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

☐ Under bond in the amount of $ _____

☐ On your own recognizance.

☐ Under other conditions. [Additional document(s) will be provided.]

DAMIANO, M1193 _____        06/17/2026 6:18 AM
Name and Signature of Authorized Officer        Date and Time of Custody Determination

(A) SDDO _____        U.S. Immigration & Customs Enforcement
Title        DRO - Central Islip, NY Sub Office
        Islip, NY US
        Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

☒ I **do** request an immigration judge review of this custody determination.

☐ I **do not** request an immigration judge review of this custody determination.

_____        06/17/2026
Signature of Alien        Date

---

The contents of this notice were read to YANEZ-MATUTE, DENIS JOSUE in the ENGLISH language.
(Name of Alien)        (Name of Language)

URENA, JJ145 _____        NA .
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Deportation Officer _____
Title

DHS Form I-286 (1/14)        Page 1 of 1